## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MARK GOLDBERG (surrender) | CASE NO: | 00-6270-GRAHAM |
| AUSA: | DEBRA STUART *by Larry Bardfeld* | ATTY: | RUSSELL WILLIAMS, ESQ. |
| AGENT: | | VIOL: | 18:1343, 371 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PSB |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: $25,000.00 PSB | | To be cosigned by: | |

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☒ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person. *as directed*

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

- Parties will contact Judge Graham's chambers to schedule Change of Plea

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | SEP 2 ( | |
| STATUS CONFERENCE: | | | Rec'd in MIA DKT | |

DATE: 9/22/00   TIME: 11:00   FTL/LSS TAPE # 00-050   Begin:   End: