UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Complaint No. 00-6270-CR-GRAHAM |
| | ) |
| Plaintiff, | ) MAGISTRATE TURNOFF |
| v. | ) |
| | ) |
| MARK GOLDBERG, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

RECEIVED & FILED IN OPEN COURT
ON September 22, 2000 AT
Ft. Lauderdale, FLA.
Clarence ... Clerk
United States District Court
Southern District of Florida

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney as counsel for Defendant, MARK GOLDBERG, in the above-styled action. Defendant respectfully requests, pursuant to Rule 49, Fed.R.Crim.P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature of description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance as counsel on behalf of Defendant, MARK GOLDBERG, for purposes of trial only and not for purposes of appeal.

I HEREBY CERTIFY a copy of the foregoing has been furnished via U.S. Mail Delivery to: Debra J. Stuart, Assistant United States Attorney, United States Attorney's Office, 500 E.

Rec'd in ...

Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 this 21st day of September, 2000.

Respectfully Submitted,

_____
**RUSSELL J. WILLIAMS, ESQ.**
Attorney for Defendant Goldberg
400 Southeast 6th Street
Fort Lauderdale, Fl 33301
Telephone: (954) 525-2889
Fax:       (954) 462-8594
Florida Bar #727751