

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6270-Graham

UNITED STATES OF AMERICA

vs

MARK GOLDBERG

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: _As on Bond_

Telephone: _____

DEFENSE COUNSEL:    Name: _Russel Williams_
                    Address: _400 Southeast 6th Street_
                             _Ft. Lauderdale, Fl. 33301_
                    Telephone: _954-525-2889_

(BOND SET)/CONTINUED: $ _25,000.00 - PSB._

Bond hearing held: yes____ no _X_  Bond hearing set for_____

Dated this _22nd_ day of _September_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Andy Jorden_
    Deputy Clerk
Tape No. _00-50_

cc: Copy for Judge
    U. S. Attorney

SEP 2 6 2000
Rec'd in MIA DKT