UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 NOV 17 PM 4: 34

UNITED STATES OF AMERICA,

CASE NO. 00-6270-CR-GRAHAM

Plaintiff,

v.

MARK GOLDBERG,

Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, MARK GOLDBERG, by and through his undersigned counsel and hereby waives his right to a speedy trial under the applicable federal statutes and Rules of Criminal Procedure. Defendant hereby states:

1. That I, MARK GOLDBERG, agree that the provisions of 18 U.S.C. §3161 et seq., which provide for the general speedy trial protections, shall be tolled, of co...

Respectfully Submitted,

Russell J. Williams, Esq.
Florida Bar #727751

Mark Goldberg
Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished via **U.S. Mail Delivery** to Assistant United States Attorney, Annie Martinez c/o U.S. Attorney's Office located 500 East Broward Blvd., Suite 700, Fort Lauderdale, Fl 33394 this 14th day of November, 2000.

**RUSSELL J. WILLIAMS, ESQ.**
Attorney for Defendant
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

*Russell J. Williams*
Attorney at Law
400 Southeast 6th Street, Ft. Lauderdale, Florida 33301
Office (954) 525-ATTY (2889)   Fax (954) 462-8594

Russell J. Williams, Esq
  Registered Sports Agent

November 14, 2000

The Honorable Judge Donald L. Graham
c/o United States District Court
Federal Building
99 Northeast 4th Street
Room: 1067
Miami, Fl 33132

**In Re: U.S.A. v. Mark Goldberg, et al.**
     **Case No. 00-6270-CR-GRAHAM**

Dear Clara:

Pursuant to our conversation attached herewith please find signed Waiver of Speedy Trial in reference to the above captioned matter. This matter is presently scheduled for Status on Thursday, November 16, 2000, at 11:00 a.m.. Please be advised that there is a signed plea agreement herein. Due to my current family situation it is difficult for me to be in Miami, on Thursday. I would request a hearing for a change of plea sometime within the first week of December. I have contacted AUSA, Deb Stuart, the original AUSA on the case, and she has no objection to any of my requests.

Thank you for your courtesies and cooperation herein.

Respectfully,

Russell J. Williams, Esq.
RJW:sp
cc: Annie Martinez, AUSA
    Deb Stuart, AUSA