UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                           CASE NO. 00-6270-CR-DLG

MARK Goldberg,                                CHANGE OF PLEA

On 12-12-00 the above named defendant appeared in person before the Honorable DONALD L. GRAHAM, United States District Judge/Magistrate, with Russell Williams, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) 1  12-12-00, Miami of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )   The Court proceeded to pronounce sentence. (See J&C)

(X)   The Court postponed sentencing until 2-26-2001 @ 4:00 p.m.

( )   The defendant being allowed to remain on bond until sentencing.

( )   The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )   The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge       Donald L. Graham
Reporter    Barbara Medina
Courtroom Dpy.  Clara A. Foster