NIGHT BOX
FILED

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **MARK GOLDBERG**, by and through his undersigned counsel and files this Motion to Continue Sentencing and as grounds therefore states that:

1. Sentencing in this case is presently scheduled for February 26, 2001, at 4:00 p.m. before this Honorable Court.

2. The undersigned received the Pre Sentence Investigation Report on or about January 25, 2001.

3. On January 28, 2001, undersigned counsel had a death in the family and was out of the office the week of January 29, 2001. Consequently, the undersigned has not yet responded to the Pre Sentence Investigation Report.

4. The undersigned has spoken with Assistant United States Attorneys Office, Annie Martinez, as well as U.S. Probation Officer, Dedra Pratt who had no objection to an extension to file objections and corrections.

5. The sentencing that is scheduled on February, 26, 2001, at 4:00 p.m. conflicts with the Defendant's pain medication schedule. The Defendant testified at his plea colloquy that he suffers from Reflex Sympathetic Deptrophy Stage II. The

defendant takes high doses of a combination of Methalone and Tranzdone. By 4:00 p.m. the defendant is usually overcome with fatigue from the medication and often sleeps. The undersigned would like the defendant to be more cognizant during sentencing.

6. Furthermore, Paragraph 88 of the P.S.I.R. states, for purposes of restitution, the victims losses are not yet ascertainable. The undersigned believes that once all the Defendant's have disposed of their cases this monetary amount will be readily available, and will serve as a more efficient manner in which to handle the restitution issue.

7. The undersigned has discussed the aforementioned with A.U.S.A., Annie Martinez who indicated that she has no objection to the filing of this motion.

8. This Motion is made in good faith and not for purposes of delay.

**WHEREFORE,** the Defendant respectfully requests this Honorable Court Grant Defendant's Motion to Continue Sentencing on February 26, 2001, at 4:00 p.m.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing Motion to Continue Sentencing has been furnished via U.S. Mail Delivery to Assistant United States Attorney, Annie Martinez this 7th day of February, 2001.

Respectfully Submitted,

_____
RUSSELL J. WILLIAMS, ESQ.
Florida Bar No.:727751
400 Southeast 6th Street
Fort Lauderdale, Florida 33301
BROWARD:(954)525-2889
FAX:   (954)462-8594