UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



**O R D E R**

**THIS MATTER** came before the Court upon the Motion to Continue Sentencing, filed February 12, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Continue is **Granted in part.** Counsel shall file objections to the Pre-sentence Report not later than close of business on Wednesday, February 21, 2001. Sentencing is rescheduled for Thursday, March 1, 2001 at 9:00a.m.

**DONE AND ORDERED** in chambers, at Miami, Florida this 19th day of February, 2001.



DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copied: Ana Martinez, AUSA
       Russell J. Williams, Esq.
       U. S. Probation