UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

MARK GOLDBERG
_____/

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING DATE

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully files this unopposed motion to continue the sentencing date of defendant Mark Goldberg. In support, the government states the following.

1.  This Court granted Goldberg's unopposed request to have this sentencing set in the morning due to his medical condition and this Court set the sentencing hearing for Thursday March 1, 2001 at 9:00 a.m.  There is additional information that now leads the undersigned and co-counsel AUSA Deb Stuart to seek an unopposed continuance in the interest of justice and in the interest of judicial economy.

2.  The government has now received all the codefendants' responses with respect to the trial posture of this case. One codefendant, Martin, will be pleading guilty. However, two codefendants, Dudley and Penny, will be going to trial. As the Court is aware, Goldberg is expected to be a witness for the government. A continuance would allow Goldberg to complete



his cooperation, so the government and the Court will have the information it needs to address Goldberg's sentencing.

3. A continuance would also allow the U.S. Probation Office, the government, and the Court to adequately determine the restitution due to the thousands of victims of this telemarketing scheme. Letters were sent out by the Probation Office to approximately four thousand (4,000) of the victims, but at this time responses have been received from only a small number of victims (approximately 80). Thus, a continuance would allow this Court to handle all aspects of the sentence in one hearing, rather than holding one hearing now, and another hearing on the restitution issue within the 90 days allowed by statute. Moreover, because the restitution may be owed jointly and severally by the defendants, it would be helpful to determine the restitution issue after the Probation Office has completed its investigation as to the codefendants.

4. The undersigned spoke to Russell Williams, Esq., counsel for defendant Golberg, who states he has no objection to this motion.

Thus, the United States respectfully suggests that it would be in the interests of justice and judicial economy to continue Goldberg's sentencing until after the trial of the pending codefendants so that cooperation may be completed, or at least for 60 additional days so that the victims may have additional time to provide the responses required for the Probation Office's determination of the restitution that is due to the victims.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0735167
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9431
Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile this 27th day of February, 2001 to: Russell Williams, Esq., 400 S.E. 6th St., Ft. Lauderdale, FL 33301, fax no. (954) 462-8594.

```
_____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY
```