UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



**NOTICE OF HEARING**

**THIS CAUSE** is hereby set for a **Status Hearing** before the Honorable Donald L. Graham, at the United States Courthouse, Courtroom 1, Fourth Floor, 701 Clematis Street, West Palm Beach, Florida 33401 Thursday, May 3, 2001 at 3:30 p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida, this _19th_ day of March, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: Ana Martinez, AUSA
          Russell Williams, Esq.
          Dedra M. Pratt, USPO