UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



## NOTICE OF HEARING

**THIS CAUSE** is hereby for a **Sentencing Hearing** before the Honorable Donald L. Graham, at the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N. E. 4th Street, Miami, Florida, Friday, November 30, 2001 at 3:00 p.m.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 21 day of August, 2001.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies to: Russell J. Williams, Esq.
          Annie Martinez, AUSA
          U.S. Probation (Dedra Pratt, USPO)

