*Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6270-CR-GRAHAM

   Plaintiff,

vs.

MARK GOLDBERG,

   Defendant.
_____/



### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

**COMES NOW** the Defendant, **MARK GOLDBERG,** by and through his undersigned attorney and respectfully files this Unopposed Motion to Continue Defendant Mark Goldberg's Sentencing Date herein. In support of this motion the Defendant states as follows:

1. Sentencing in this matter is scheduled before this Court on November 30, 2001, at 3:00 p.m.

2. The Defendant, Mark Goldberg, has been cooperating with the government since the inception of this case, and is a government witness in this matter.

3. Trial in this case was scheduled for November 5, 2001, however, was postponed by this Court due to an apparent conflict with one of the co-defendant's attorney's. Consequently, trial in this matter has been rescheduled for sometime in April 2002.

4. A continuance in this matter will allow the Defendant, Mark Goldberg, to complete his cooperation with the government so that the government and the Court will have the necessary and important information it requires to address the Defendant, Mark Goldberg's sentencing issues and guidelines.

5. Furthermore, a continuance would also allow the United States Probation Office, the

Government, and the Court to adequately determine the restitution amount due to thousands of victims of this telemarketing scheme.

6.   Lastly, continuance would allow this Court to handle all aspects of sentencing in one hearing, rather than to hold one sentencing hearing now, and another hearing within 90 days of the issue of restitution. Moreover, because the restitution may be owed jointly and severally by the Defendant's, it would be helpful to determine the restitution issue after the probation office has completed its investigation as to all co-defendants.

7.   The undersigned has spoken to Ms. Annie Martenez, Assistant United States Attorney herein, who indicates she has absolutely no objection to this motion.

**WHEREFORE** the Defendant, Mark Goldberg, respectfully requests this Honorable Court continue Sentencing in this matter and set a new sentencing date for several weeks after trial herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to continue sentencing has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, and to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, this 13th day of November 2001.

**RUSSELL J. WILLIAMS, ESQ.**
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751