**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,                CASE NO.  00-6270-CR-GRAHAM

     Plaintiff,

vs.

MARK GOLDBERG,                           

     Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

COMES NOW the Defendant, **MARK GOLDBERG,** by and through his undersigned attorney and respectfully files this Unopposed Motion to Travel.  In support of this motion the Defendant states as follows:

1.    Sentencing in this matter was originally scheduled before this Court on November 30, 2001, at 3:00 p.m., but same has been postponed till after the trial in this matter, as the Defendant is a cooperating government witness.

2.    The Defendant, is desirous of going to his family reunion, a yearly event, which consists of a cruise on the Royal Caribbean Majesty of the Seas ship.  Said cruise departs from the port of Miami on January 7, 2002, and will return January 11, 2002.

3.    The undersigned has spoken with Assistant United States Attorney Deb Stuart, as well as Annie Martinez, who indicate they have no objection to this motion. Additionally, the office of the undersigned has spoke to Ms. Liza Llanos at 769-5603, who is the Defendant's pre-trial officer, and she has indicated that she has no objection to this motion.

WHEREFORE the Defendant, Mark Goldberg, respectfully requests this Honorable Court grant him permission to travel herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to

travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney

Annie Martenez, located at, 99 Northeast 4ᵗʰ Street, Miami, Florida 33132, and to the Clerk of the

Court and the Honorable Judge Donald L. Graham, both located at, United States District Court,

North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward

Boulevard, Suite 301, Fort Lauderdale Florida 33301, this _30_ day of _November_, 2001.


_____

**RUSSELL J. WILLIAMS, ESQ.**
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751


RJW:lw