UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



### ORDER GRANTING MOTION TO TRAVEL

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Travel, filed December 4, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises and noting no objection from the Government, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Motion to Travel is **Granted**. The Defendant shall report his itinerary to Pretrial Services prior to leaving the District and upon his return. All other conditions of bond previously set by Magistrate Judge Snow are in full force and effect.

**DONE AND ORDERED** in chambers, at Miami, Florida, this /3th day of December, 2001.

                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copies to: Annie Martinez, AUSA
          Russell J. Williams, Esq.
          Pretrial Services

