US v. HANNIBAL PENNEY
  CASE # 00-06270-CR-DLG
      WITNESS LIST

| Signature | Name |
|---|---|
| *[signed]* | DAVID HEXTER |
| *[signed]* | SANDY SYDELL |
| *[signed]* | BARBARA KELLY |
| *[signed]* | JOHN LAWRENCE |
| *[signed]* | SAM FIELDS |
| DAVID *[signed]* | DAVID SAMUELS |
| Ted *[signed]* | TED SAMUELS |
| *[signed]* | ROY BAILER |

*FILED by ___ D.C. APR 08 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI*

146