UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



## JOINT MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **MARK GOLDBERG**, by and through his undersigned attorney and respectfully files this Joint Motion to Continue Sentencing. In support of this motion the Defendant states as follows:

1. Sentencing in this matter is currently scheduled before this Court on Thursday, May 2, 2002, at 2:30 p.m. However, the trial of the Co-Defendants in this matter has recently concluded. The Defendant was a cooperating government witness, and additional time is needed to address the cooperation impact on the Defendant's sentencing.

2. The Defendant is currently scheduled to undergo surgery in mid May for severe diverticulitis with pericolonic abscess formation, with an estimated time of 6-8 weeks for recovery. [See Exhibit "A" attached hereto]

3. The Defendant, respectfully request this Court postpone sentencing in this matter to the latter part in July once his recovery period is complete.

4. The undersigned has spoken with Assistant United States Attorney Deb Stuart, as well as Annie Martinez, who indicate they join in this motion.



**WHEREFORE** the Defendant, Mark Goldberg, respectfully requests this Honorable Court grant this joint motion to continue sentencing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, and to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale Florida 33301, this 30th day of April, 2002.

RUSSELL J. WILLIAMS, ESQ.
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

RJW:lw

# SURGERY GROUP OF SOUTH FLORIDA

Frederick N. Herman, M.D., F.A.C.S., F.A.S.C.R.S.
Charles P. Lago, Sr., M.D., F.A.C.S., F.A.S.C.R.S.
Brian K. Weinstein, M.D.

DIPLOMATE AMERICAN BOARD OF SURGERY
DIPLOMATE AMERICAN BOARD OF COLON & RECTAL SURGERY
BOARD CERTIFIED BREAST SURGERY & CARE
ADVANCED LAPAROSCOPIC SURGERY

April 18, 2002

Russell J. Williams
400 SE 6th Street
Ft. Lauderdale, FL  33301

RE:  Mark Goldberg

Dear Mr. Williams:

I have recently seen Mr. Mark Goldberg in my office as a follow up from when I first saw him at Florida Medical Center for severe diverticulitis with pericolonic abscess formation.  He is currently undergoing oral antibiotic therapy and will eventually need a colon resection.  The timing of his resection is to be a minimum of 6-8 weeks after his initial attack in order to reduce the risks of damage to any organs inside his abdomen.  This time period will also increase the chances of him being able to undergo a one-stage procedure as opposed to a two-stage procedure, which would include a colostomy.

The reason I am writing this letter on behalf of Mr. Goldberg is to inform you that the appropriate time for his surgery will be at some point in the mid to the later portion of the month of May 2002.

If there are any questions I will more than happy to answer them for you.  Please contact me at 954-476-9899.

Thank you very much for your time.

Sincerely,

Eric Kleinstein, M.D.

EK:amm

**EXHIBIT**

**"A"**

Bennett Medical Plaza • 201 N.W. 82nd Ave., Suite 103 • Plantation, FL 33324 • (954) 476-9899 • FAX: (954) 476-9180