UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DLG
DATE: 5-2-02

United States of America,

vs.

Mark Goldberg
Δ present

JUDGE: DONALD L. GRAHAM

FILED by _____ D.C.
MAY 02 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CRIMINAL COURT MINUTES

TYPE OF HEARING: Sentencing

AUSA: Debra Stuart and Amie Martinez
DEFENSE COUNSEL: Russell Williams

INTERPRETER: None    COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING: 5K1.1 Motion filed on behalf of Δ

Δ calls Dr. Ross on behalf re: his medical (5H1.4) condition

CSL for defendant withdraws motion to continue

Govt. is to get BOP position as to Δ's health & PSI Adopted PSI finding of facts Treating same

MOTION: ____GRANTED    ____DENIED    ____TAKEN UNDER ADV.
SETTING

STATUS: _____    NEW TRIAL DATE: _____
CHANGE OF PLEA: _____    OTHER: Sentencing 7-12-02 @ 3:30 p.m.