UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6270-CR-GRAHAM
Magistrate Judge Turnoff

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
v.                        )
                          )
MARK GOLDBERG,            )
                          )
            Defendant.    )
_____/

FILED by ____ D.C.
MAY 02 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO SECTION 5K1.1 OF THE FEDERAL SENTENCING GUIDELINES**

The United States of America, through the undersigned Assistant United States Attorneys, hereby files this motion, pursuant to Section 5K1.1 of the Federal Sentencing Guidelines, for a downward departure, based upon the defendant's substantial assistance in the investigation and prosecution of other persons. In support thereof, the government states as follows:

1. On December 12, 2000, defendant Goldberg pled guilty to Count I of the indictment in this cause, which charged the defendant with conspiring to commit wire fraud, in violation of Title 18, United States Code, Section 371.

2. Marc Goldberg's cooperation long preceded his guilty plea. After the search of Best Marketing in July, 1996, Marc Goldberg gave a full account of his own involvement in the offense conduct as well as an account of his knowledge of fraudulent



activities of others in the company. As a result of defendant's truthful cooperation, federal law enforcement authorities were able to successfully prosecute and/or halt the activities of other individuals who had long profited from similar conduct on previous occasions; this action by law enforcement, assisted by the defendant, also served to protect the public from continuing criminal activities by Best Marketing and those individuals involved in its fraudulent activities.

    3.   Pursuant to Section 5K1.1 of the United States Sentencing Guidelines, a downward departure in sentencing range may be granted when the government moves for such a departure, based upon substantial assistance in the investigation or prosecution of another person for criminal conduct. The defendant's cooperation in this case was significant. The defendant's early cooperation was significant to the investigative and indictment stages of the prosecution. His information about the inner workings of Best Marketing helped the government understand the scheme and the records seized pursuant to the search warrant. In addition, the defendant testified at the suppression hearing, confirming his knowledge of the monitoring of calls and the reasons for the monitoring. Finally, the defendant testified at the trial of his codefendants Dudley and Penney. He provided the jury with an overview of the scheme at Best Marketing and identified the voice

of Dudley on the tapes. Throughout, Goldberg was cooperative, informative, and reliable.

For the above reasons, as well as additional information that may be provided at the sentencing hearing, the government respectfully requests that this Court reduce the sentencing range of defendant Mark Goldberg in light of his substantial assistance to the government in a criminal investigation and prosecution. The government requests leave to present its recommendation as to the level of the reduction at the sentencing hearing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
ANA MARIA MARTINEZ
DEBRA STUART
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0735167
Court No. A5500061
99 N.E. 4th Street, Suite 200
Miami, Florida  33132
Telephone: (305)961-9431
FAX: (305)530-6168

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered this 2nd day of May, 2002, in open court in Miami, Florida, to Russell Williams, Esquire, counsel for defendant Mark Goldberg.

_____
Ana Maria Martinez
Assistant United States Attorney