UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case **00-6270**-CR-DLG

THE UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

MARK GOLDBERG and
CHARLES MARTIN,

        Defendants.

WEST PALM BEACH, FLORIDA

MAY 2, 2002

FILED by H.H D.C.
APPEAL
MAY 09 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

        ANA MARIA MARTINEZ, A.U.S.A.
        DEBRA STUART, A.U.S.A.
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9431

FOR DEFENDANT GOLDBERG:

        RUSSELL J. WILLIAMS, ESQ.

FOR DEFENDANT MARTIN:

        RICHARD MATIER, ESQ.

REPORTED BY:

        BARBARA MEDINA, RPR-CP
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138
        E-mail address:  barbmedina@aol.com

TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION