UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



### NOTICE TO ADVISE THE COURT OF DEFENDANT'S CURRENT MEDICAL CONDITION

**COMES NOW** the Defendant, **MARK GOLDBERG**, by and through his undersigned attorney and respectfully files this Notice to Advise the Court of Defendant's Current Medical Condition and as grounds therefore states that:

1. On May 2, 2002, the Defendant was before this Court for sentencing in this matter.

2. At the conclusion of the sentencing hearing, this Court postponed said sentencing so that the government may ascertain whether or not the Bureau of Prisons could sufficiently accommodate the Defendant's medical condition. At the time this Court was made aware the Defendant was scheduled for colon resection surgery.

3. On or about May 19, 2002, the Defendant was transported to the emergency room at Westside Regional Medical Center, in Plantation, Florida due to an extreme increase of pain in his left abdomen. The Defendant has been at Westside Regional Medical Center since May 19, 2002.

4. The undersigned has been informed that the Defendant had another "flair-up"



concerning the infection in his colon. According to the Defendant's physicians oral antibiotics were not alleviating said problem. The Defendant was placed on intravenous antibiotics and on June 5, 2002, at approximately 5:00 p.m. was scheduled to undergo said colon resection surgery.

5. According to information received by the undersigned the Defendant is anticipated to be hospitalized for an additional two to three weeks and then it is anticipated that he will be released from the hospital. Upon release the Defendant will need an additional two to three weeks for further recovery.

6. Re-sentencing in this case is set for July 12, 2002. It is unknown at this time whether or not the Defendant will be physically able to attend said sentencing hearing. The undersigned anticipates filing a supplemental notice within the next several weeks to keep this Court, as well as the Assistant United States Attorney, advised of the Defendant's medical condition.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, and to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale Florida 33301, this 30th day of April, 2002.

**RUSSELL J. WILLIAMS, ESQ.**
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

RJW:lw