UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/

### SUPPLEMENTAL NOTICE TO ADVISE THE COURT OF DEFENDANT'S CURRENT MEDICAL CONDITION / AS WELL AS MOTION TO RESCHEDULE TIME OF SENTENCING

    **COMES NOW** the Defendant, **MARK GOLDBERG,** by and through his undersigned attorney and respectfully files this Supplemental Notice to Advise the Court of Defendant's Current Medical Condition and to reset the time for sentencing and as grounds therefore states that:

    1.    On May 2, 2002, the Defendant was before this Court for sentencing in this matter.

    2.    At the conclusion of the sentencing hearing, this Court postponed said sentencing so that the government may ascertain whether or not the Bureau of Prisons could sufficiently accommodate the Defendant's medical condition. At that time this Court was made aware the Defendant was scheduled for colon resection surgery.

    3.    The Defendant underwent successful colon resection surgery on June 5, 2002, and was released from the hospital on or about June 19, 2002.

    4.    As a result of the Defendant's surgery Dr. Ross, the doctor who testified as to the



Defendant's pain problems before this Court on May 2, 2002, has modified the Defendant's pain management regimen. The Defendant is no longer taking Tranzdone, and is now taking Keppra 500 mg., two (2) times per day, in addition to the Methadone. Additionally, Dr. Ross increased the Defendant's Methadone from 50 mg. to 60 mg. per day. The Defendant currently takes this medication between 5:00 a.m. and 6:30 a.m. [20 mg.] He takes another 20 mg. dose at approximately 1:00 p.m. and his last 20 mg. dose is at 8:00 p.m. Dr. Ross has increased the Defendant's afternoon Methadone medication from 10 mg. to 20 mg. As a result of this increase the Defendant becomes extremely lethargic towards the latter part of the afternoon.

5. Sentencing in this matter is scheduled for Friday, July 12, 2002, at 3:30 p.m. Due to the modified dose of Methadone, in conjunction with the additional medications the Defendant is currently taking, the undersigned, as well as the Defendant, are concerned the Defendant will become fatigued from said medication when he should be more cognizant and aware during his sentencing. Currently, the Defendant sleeps during the time sentencing is scheduled.

6. The Defendant, as well as the undersigned, respectfully request, if possible, this Court either postpone sentencing or schedule sentencing for an earlier time during July 12, 2002.

7. The undersigned has spoken with Assistant State Attorney Deb Stuart and Annie Martenez who both indicated they have no objection to the filing of this motion.

**WHEREFORE**, the Defendant respectfully requests this Court grant Defendant's Motion to reset the time of sentencing which is currently scheduled for July 12, 2002, at 3:30 p.m.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing unopposed motion to travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, and to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale Florida 33301, this 2nd day of June, 2002.

RUSSELL J. WILLIAMS, ESQ.
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

RJW:lw