# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270CR-DLG

DATE: 7-12-02

United States of America,

vs.

Charlie Martin

~~Mark Goldberg~~ As Not Present

JUDGE: DONALD L. GRAHAM

RECEIVED FILED IN OPEN COURT
ON 7-12-02 AT Miami, FLA.

### CRIMINAL COURT MINUTES

TYPE OF HEARING: Status

AUSA: Annie Martinez

DEFENSE COUNSEL: Russell Williams, John Williams

INTERPRETER: None      COURT REPORTER: B. Medina

CLERK: CFoster

PROCEEDINGS AT HEARING: Based on the continuation of co-deft. Penny the court continues this caus 9-17-02 @ 9:00 AM All parties Agree

MOTION: ___ GRANTED    ___ DENIED    ___ TAKEN UNDER ADV.

SETTING

STATUS: _____    NEW TRIAL DATE: _____

CHANGE OF PLEA: _____    OTHER: _____