UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CHARLIE MARTIN and
MARK GOLDBERG,

        Defendant.
_____/



## ORDER CONTINUING SENTENCING DATE

**THIS CAUSE** came before the Court at the status conference held on July 12, 2002. At the conference, all parties agreed to a continuance of the sentencing date.

**THE COURT** has previously ruled from the bench upon this matter. This order memorializes the ruling as set forth below. It is Therefore,

**ORDERED AND ADJUDGED** that Sentencing Hearing will be held on Tuesday, September 17, 2002 at 3:00 p.m., in the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N. E. 4th Street, Miami, Florida.

**DONE AND ORDERED** in chambers, at Miami, Florida, this _12th_ day of July, 2002.

                              _____
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE



Copies to: Debra Stuart, AUSA
           Russell Williams, Esq.
           H. Dohn Williams, Esq.
           Annie Martinez, Esq.

Case 0:00-cr-06270-DLG   Document 202   Entered on FLSD Docket 07/15/2002   Page 2 of 2