UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/

CASE NO. 00-6270-CR-GRAHAM

FILED BY _____ D.C.
02 AUG -2 PM 4:59
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

**COMES NOW** the Defendant, **MARK GOLDBERG**, by and through his undersigned attorney and respectfully files this Unopposed Motion to Travel. In support of this motion the Defendant states as follows:

1. Sentencing in this matter is currently scheduled before this Court on September 17, 2001, at 3:00 p.m.

2. The Defendant, is desirous of going on a cruise on the Royal Caribbean Majesty of the Seas ship. Said cruise departs from the port of Miami on August 23, 2002, and will return August 26, 2002.

3. The undersigned has spoken with Assistant United States Attorney Deb Stuart, as well as Annie Martinez, who indicate they have no objection to this motion.

**WHEREFORE** the Defendant, Mark Goldberg, respectfully requests this Honorable Court grant him permission to travel herein.



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, and to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale Florida 33301, this 30 day of July, 2002.

RUSSELL J. WILLIAMS, ESQ.
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

RJW:lw