UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

MARK GOLDBERG,

    Defendant.
_____/



## SECOND SUPPLEMENTAL NOTICE TO ADVISE THE COURT OF DEFENDANT'S CURRENT MEDICAL CONDITION

**COMES NOW** the Defendant, **MARK GOLDBERG**, by and through his undersigned attorney and respectfully files this Second Supplemental Notice to Advise the Court of Defendant's Current Medical Condition and as grounds therefore states that:

1. Defendant is scheduled for sentencing at 3:00 p.m. on September 17, 2002, before this Honorable Court.

2. At the time of the Defendant's original sentencing this Court heard testimony from the Defendant's physician Dr. David B. Ross.

3. Attached hereto as Exhibit A, is a letter addresses to this Court by the Defendant's physician, Dr. David B. Ross, which provides an update as to the Defendant's current medical condition. Dr. Ross is unavailable to testify on September 17, 2002, due to the fact he will be out of the country.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing unopposed motion to travel has been furnished by **VIA-U.S. MAIL DELIVERY** to Assistant United States Attorney Annie Martenez, located at, 99 Northeast 4th Street, Miami, Florida 33132, Assistant United States Attorney Deb Stuart, located at 505 South Second Street, Suite 200, Fort Pierce, FL 34950, to the Clerk of the Court and the Honorable Judge Donald L. Graham, both located at, United States District Court, North Miami Avenue, Miami Florida 33128, and Liza Llanos, pre-trial officer, 299 East Broward Boulevard, Suite 301, Fort Lauderdale Florida 33301, this 2nd day of June, 2002.

_____
RUSSELL J. WILLIAMS, ESQ.
400 Southeast Sixth Street
Fort Lauderdale, Fl 33301
(954) 525-2889
Florida Bar #727751

RJW:lw

# DAVID B. ROSS, MD., P.A.

August 30, 2002

The Honorable Donald L. Graham
United States Courthouse
Courtroom Four, Third Floor
701 Clematis Street
West Palm Beach, Florida 33401

Re:   Mark Goldberg
      USA v. Mark Goldberg
      Case No.  00-6270 CR-Graham

Your Honor:

I am writing you this letter at the request of my patient Mark Goldberg (the individual referenced above).  The subject of my correspondence is a medical update concerning Mr. Goldberg and to offer my medical opinion referable to his prognosis (with specific commentary concerning his possible internment).

Since I tested before you, Mr. Goldberg has suffered additional medical problems.  Specifically, he developed bowel obstruction and diverticulitis that required a partial colon resection.  During this peri- and post-operative period, it was medically necessary to stop his Trazadone and diminish his Methadone (since both agents can exacerbate the above bowel condition).  As a direct consequence, Mr. Goldberg's erstwhile, controlled complex regional pain syndrome (CRPS, also known as reflex sympathetic dystrophy/RSD) destabilized.  It has become to progress.  After an appropriate waiting period, I restarted Mr. Goldberg on his Methadone and Trazadone in the hope that he would easily and simply be once again controlled.  As of three weeks ago, he has been titrated medically to his prior levels of medication.  Unfortunately, my strategy for control has not worked yet.  He is still having uncontrolled pain that seems to be advancing to new areas of his hand and arm.  I plan to see Mr. Goldberg again in two weeks.

Hopefully, he will stabilize.  If he does not, then he will become an immediate medical candidate for other treatment modalities.  These will include additional medications (such as anti-seizure medications and/or other topical solutions), or anesthetic blocks (such as cervical ganglion blocks, epidurals, or regional arm blocks).  In either situation, he will need more frequent and careful medical oversight with physicians experienced in the management of CRPS. [As you already

---

THE MEDICAL SERVICES BLDG  ◆  4101 NW 4TH Street, Suite 208, Plantation, FL 33317  ◆  954-587-4300  ◆  Fax 954-587-4018



EXHIBIT "A"

Re: Mark Goldberg
page 2

know, he had failed care with five physicians before coming to my office. I felt it serendipitous that I controlled his case so quickly. This time his problem seems medically more resistant.]

Mr. Goldberg suffers from a rare and unusual medical condition whose course can be characterized by periods of quiescence punctuated by intervals of exacerbation or progression. These intervals may be triggered by new injuries, medication changes (as occurred here), surgical procedures of a benign type, or changes in environment (particularly climate control, ie., temperature control especially cold). At the current time, Mr. Goldberg's CRPS is in exacerbation. His situation is unpredictable and his prognosis for immediate stabilization is guarded and unlikely. My medical concern is that internment will probably deny this man access to the medical care he requires from the perspective of physician expertise and oversight. I have additional concerns that a prison may not have the assiduous climate control of a house and therefore may additionally place this man at risk for disease progression.

I respectfully request that your Honor consider the above in determining the medical appropriateness of this individual's internment. From a physician and personal viewpoint, failure to safeguard this gentleman's health may be cruel. My understanding is that he is guilty of a non-violent crime and therefore is not a risk to society. If that be the case, I would propose that the interests of society and humanism might be best served by medical caution. Having so stated, I fully and deferentially acknowledge that your Honor is in a far better position to weigh all pertinent matters impartially.

Thank you for your time in this matter. If you require any further medical information regarding CRPS in general or Mr. Goldberg specifically, please contact me.

Respectfully submitted,

David B. Ross, M.D.