# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

DEFENDANT _Mark Goldberg_  CASE # _00-6270-CR-DLG_

Clerk _CLARA A. FOSTER_  JUDGE _DONALD L. GRAHAM_

Reporter _BARBARA MEDINA_  DATE _9-17-02_

AUSA _Debra Stuart + Annie Martinez_  Deft. Counsel _Russell Williams_
_Saro-Garcia USPO - Janet Smith_

DEFENDANT FOUND GUILTY AS TO COUNTS _____

COUNTS DISMISSED _____

____ Deft. failed to appear - warrant to issue. Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ am / pm

## JUDGMENT AND SENTENCE

_[stamp: FILED IN OPEN COURT 9-17-02 ... FLA.]_

Imprisonment    Years    Months    Counts

Comments _____

Supervised Release _____

Probation    Years    Months    Counts
              5

Comments _6 mos. Home Detention s/c Mental Health treatment, Financial Disclosure, Incur No Debt, No Self employment w/o permiss, No sales securities to public, telemarketing w/o permission_

Assessment $ _100.00_    Fine $ _0_

Restitution / Other _JM 3 Several $711,547.93_

### CUSTODY

____ Remanded to U.S. Marshal    ____ Release bond pend appeal

____ Voluntary Surrender to (designated institution or US Marshal) on __/__/__.

____ Commitment recommendation: _____

(rev. 12/91)

## ADDITIONAL COMMENTS TO SENTENCING MINUTES

_____  _____
_____
_____
_____
_____
_____
_____
_____
_____