PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65497

FILED by _____ D.C.  
JUN 05 2006  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6270-CR-GRAHAM

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Mark Goldberg a/ka Mike Gordon, a/k/a David Best, a/k/a Bill Swanson

Name of Sentencing Judicial Officer: The Honorable Donald L. Graham, Judge, U.S. District Court, Miami, Florida

Date of Original Sentence: September 17, 2002

Original Offense: Conspiracy to Defraud the United States by Committing Wire Fraud, 18 U.S.C § 371, a Class D felony

Original Sentence: Five (5) years probation; six (6) months electronic monitoring; mental health treatment; defendant shall not apply for, solicit, or incur any further debt, etc.; financial disclosure; defendant shall not engage in any business that offers securities, investments, or business opportunities to the public, etc.; the defendant shall obtain prior approval from the U.S. Probation Officer before entering into any self-employment $100 assessment; and restitution of $711,547.93.

Type of Supervision: Probation         Date Supervision Commenced: September 17, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of 10% of his gross monthly income until such time the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B                                                                                          SD/FL PACTS No. 65497
(SD/FL 9/96)

## CAUSE

     Your Honor, as stated above, Mr. Goldberg came before you for sentencing on September 17, 2002. He had previously pled guilty to a one-count indictment charging Conspiracy to Defraud the United States by Committing Wire Fraud, in violation of 18 U.S.C § 371, a Class D felony. Your Honor may recall, at the time of sentencing, Mr. Goldberg was disabled and unable to work. He receives social security disability, presently at the rate of $1,758 per month. Your Honor ordered Mr. Goldberg to pay restitution, joint and severally, with his codefendant Charlie Martin and he has done so diligently since September of 2002. At the present time, the balance due on the restitution is $701,955.78. The assessment is paid in full.

     Slightly over two years ago, Mr. Goldberg's mother passed away due to cancer. His father, Ira Goldberg, was stricken with cancer a short time later and moved in with Mr. Goldberg and his wife. He underwent chemotherapy and radiation treatment and has, apparently, beaten the cancer. However, other complications set in and it appears Mr. Goldberg's kidneys are failing. Recently, he spent approximately two weeks in the hospital and was then transferred to a rehabilitation facility where he spent another month. On my last home visit with Mr. Goldberg, May 2, 2006, he advised his father will be returning to his home as there is nothing more the rehabilitation facility can do for him. He stated his father's doctors are giving him three to six months to live. When Ira Goldberg and his wife were living in their own condominium, he routinely provided his son with money each month to help cover expenses. After his wife died and he moved in with his son, he continued this practice. However, it now appears his savings will be used to cover any expenses his health insurance does not cover, which may require daily in-home health care. Mark Goldberg's wife is employed, however, her salary basically covers their household expenses. Mark Goldberg's only source of income is his social security disability. Given his current financial situation and the uncertain future he faces in taking care his father, Mr. Goldberg agreed to a modification of his conditions of supervision to now pay 10% of his gross monthly income. He has routinely paid $150 per month and based on his current income, said payment will now be raised to $175 per month. As Mr. Goldberg agreed to this modification, he signed a Probation From 49 on May 2nd.

PROB 12B                                                          SD/FL PACTS No. 65497
(SD/FL 9/96)

    It is respectfully recommended Your Honor sanction the above modification by checking the appropriate box on this form, signing and dating same, returning the form to this officer. If your Honor does not agree with the recommended modification, please indicate which course of action you wish this officer to take.

Respectfully submitted,<br>
by<br>
Roger S. McCoy<br>
U.S. Probation Officer<br>
Phone: 954-769-5577<br>
Date: May 17, 2006

## THE COURT ORDERS:

[ ]    No Action  
[ ]    The Extension of Supervision as Noted Above  
[X]    The Modification of Conditions as Noted Above  
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

      5/31/2006
_____
Date